U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 27 2007

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MELINDA YPARREA and AMERICANA PRODUCTS
COMPANY, INC, d/b/a AMERICAN PRODUCTS
COMPANY, INC.; and MELINDA YPARREA, Individually          PLAINTIFFS

V.                                      CIVIL ACTION NO. 5:07-cv-05152-RTD

WAL-MART STORES, INC.                                      DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, David W. Clark, Mary Clay W. Morgan, and the firm Bradley Arant Rose & White LLP ("Movants"), counsel of record for the Plaintiffs Melinda Yparrea and Americana Products Company, Inc., d/b/a American Products Company, Inc., and Melinda Yparrea, individually ("Plaintiffs") and respectfully file this Motion to Withdraw as Counsel of Record. In support of this motion, Movants state as follows:

1. Movants respectfully request that they be allowed to withdraw as counsel of record in this case and further, that the Court's docket be corrected to reflect same.

2. Movants David W. Clark and Mary Clay W. Morgan are attorneys licensed to practice in the State of Mississippi.

3. As this matter has been transferred to the Western District of Arkansas, Plaintiffs are in the process of hiring new counsel to represent them in this matter.

4. As Plaintiffs are hiring new counsel who will enter an appearance on Plaintiffs' behalf, Plaintiffs do not object to Movants' request and will not be prejudiced by Movants' withdrawal.

WHEREFORE, PREMISES CONSIDERED, David W. Clark, Mary Clay W. Morgan and the law firm Bradley Arant Rose & White LLP respectfully request that they be allowed to withdraw as attorney of record for the Plaintiffs, and that the Court's docket be corrected to reflect same.

RESPECTFULLY SUBMITTED this the 26th day of September, 2007.

/s/ David W. Clark

DAVID W. CLARK (MBN 6112)
MARY CLAY W. MORGAN (MBN 101181)
*ATTORNEYS FOR PLAINTIFFS*

OF COUNSEL:
Bradley Arant Rose & White LLP
Post Office Box 1789
Jackson, Mississippi 39215-1789
Phone: (601) 948-8000
Facsimile: (601) 948-3000

## CERTIFICATE OF SERVICE

I, David W. Clark, attorney for Plaintiffs herein, do hereby certify that I have this day caused to be served, via United States Mail, postage prepaid, a true and correct copy of the foregoing to the following counsel of record for Defendant:

    Kelly D. Simpkins
    Joshua Payton Henry
    Wells Marble & Hurst, PLLC
    P.O. Box 131
    Jackson, MS 39205-0131

    Matthew C. Carter
    Warner, Smith & Harris PLC
    400 Rogers Avenue
    P.O. Box 1626
    Fort Smith, AR 72902-1626

    W. Asa Hutchinson, III
    Warner, Smith and Harris, PLC
    3333 Pinnacle Hills Parkway, Ste. 220
    Rogers, AR 72758

THIS, the 26 day of September, 2007.

                                  /s/ David W. Clark
                                  DAVID W. CLARK