```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

MELINDA YPARREA, *et al.*                                  PLAINTIFFS

v.                          Case No. 07-5152

WAL-MART STORES, INC.                                      DEFENDANTS

## ORDER

Now before the Court is the Motion to Withdraw as counsel for Plaintiffs (Doc. 40) filed by David W. Clark, Mary Clay W. Morgan, and the firm Bradley Arant Rose and White, LLP.  The Court, being well and sufficiently advised, finds that the Motion should be GRANTED.  Accordingly, David W. Clark, Mary Clay W. Morgan, and the firm Bradley Arant Rose and White, LLP are relieved as counsel of record in this matter.

IT IS SO ORDERED this 28th day of September 2007.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge

**AO72A**
**(Rev. 8/82)**