## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**MELINDA YPARREA and AMERICANA PRODUCTS**
**COMPANY, INC, d/b/a AMERICAN PRODUCTS**
**COMPANY, INC.; and MELINDA YPARREA, Individually**          **PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO. 5:07-cv-05152-RTD**

**WAL-MART STORES, INC**                                        **DEFENDANT**

### NOTICE AND ENTRY OF APPEARANCE

COMES NOW, the Plaintiffs Melinda Yparrera and Americana Products Company, Inc, d/b/a American Products Company, Inc.; and Melinda Yparrera, Individually, by and through her new counsel, Will Bond and Phillip McMath of McMath Woods P.A. and for Plaintiffs' Notice and Entry of Appearance states:

1.      To the Clerk of this Court and all parties of record, please take notice that the Plaintiffs have employed Will Bond and Phillip McMath of McMath Woods P.A. as their counsel of record in the case.

2.      The undersigned attorneys both certify that they are admitted and qualified to practice law in this Court.

3.      The Clerk and all parties should take notice of McMath Woods' involvement in the case and their contact information is as follows:  Phillip McMath and Will Bond, 711 West Third Street, Little Rock, Arkansas 72201; phone number: 501-396-5400; email address: phillip@mcmathlaw.com and will@mcmathlaw.com.

WHEREFORE, Plaintiffs pray that the Clerk of the Court and all counsel take notice of Plaintiffs' employment of counsel and that all future correspondence be directed to them at the above referenced address.

Respectfully Submitted,

McMath Woods, P.A.
711 West Third Street
Little Rock, AR 72201
Telephone (501) 396-5400

By: /s/ Will Bond
     /s/   Phillip McMath

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Matthew C. Carter
WARNER, SMITH & HARRIS, PLC
400 Rogers Avenue
P.O. Box 1626
Fort Smith, AR  72902-1626

W. Asa Hutchinson, III
WARNER, SMITH & HARRIS, PLC
3333 Pinnacle Hills Parkway, Ste. 220
Rogers, AR 72758

By:  /s/ Will Bond