U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 12 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

## VERDICT FORM –

## AMERICAN PRODUCTS' BREACH OF CONTRACT CLAIM

**Note:** Complete this form by writing in the names required by your verdict.

On Plaintiff American Product's Company, Inc.'s breach of contract claim against Defendant Wal-Mart Stores, Inc., we find in favor of __Walmart__ .

(American Products or Wal-Mart)

**Note:** Complete the following paragraph only if the above finding is in favor of the plaintiff.

We find plaintiff American Products' damages to be:

$ _____ (stating the amount or, if none, write the word "none") (stating the amount, or if you find that the plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00).

Signature of Foreperson: ███████████████  12/12/08