U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 1 2 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

VERDICT FORM –
WAL-MART'S COUNTER-CLAIM FOR BREACH OF CONTRACT

**Note:** Complete this form by writing in the names required by your verdict.

On Counter-claimant Wal-Mart Stores, Inc.'s breach of contract claim against Counterclaim Defendant American Products Company, Inc., we find in favor of

___Walmart_____.

(Wal-Mart or American Products)

**Note:** Complete the following paragraph only if the above finding is in favor of the Counter-Claimant Wal-Mart Stores, Inc.

We find Wal-Mart's damages to be:

$ _213,664.67_ (stating the amount or, if none, write the word "none") (stating the amount, or if you find that the counter-claimant's damages have no monetary value, set forth a nominal amount such as $1.00).

Signature of Foreperson [redacted]    12/12/08