```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION


AMERICANA PRODUCTS COMPANY, INC. d/b/a
AMERICAN PRODUCTS COMPANY, INC.                        PLAINTIFF


v.                      Case No. 07-5152


WAL-MART STORES, INC.                                  DEFENDANT
```

### JUDGMENT

On the 8th day of December 2008, this matter came on for trial to a duly selected jury consisting of twelve members, the Honorable Robert T. Dawson presiding. Following a five-day trial, the case was submitted to the jury on December 12, 2008 on a general verdict form and a unanimous verdict was reached:

> On Plaintiff American Product's Company, Inc.'s breach of contract claim against Defendant Wal-Mart Stores, Inc., we find in favor of <u>Wal-Mart</u>.

> On Counter-claimant Wal-Mart Stores, Inc.'s breach of contract claim against Counterclaim Defendant American Products Company, Inc., we find in favor of <u>Wal-Mart</u>.

> We find Wal-Mart's damages to be <u>$213,664.67</u>.

IT IS ORDERED AND ADJUDGED in accordance with the jury verdict, that Plaintiff take nothing on its complaint filed herein and the complaint is DISMISSED WITH PREJUDICE. It is further ORDERED AND ADJUDGED that Defendant should have and recover of and from Plaintiff compensatory damages in the amount of $213,664.67, plus interest from the date of this judgment

until paid at the current post-judgment interest rate of .50% per annum.  All parties are to bear their respective costs and attorney's fees.

Dated this 15th day of December 2008.

                                       /s/Robert T. Dawson
                                       Honorable Robert T. Dawson
                                       United States District Judge